BERNARD J. KORNBERG (State Bar No. 252006)
bernard.kornberg@practus.com
PRACTUS, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
p: 341.234.6629

Attorneys for Anne Bingham

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE BINGHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, *et al*.<br><br>Defendants. | Case No. 2:22-cv-01400-SK<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC**<br><br>The Honorable Steve Kim |

Please take notice that Anne Bingham ("Plaintiff") has entered into a settlement in principle with defendant Trans Union, LLC ("Trans Union") without the need for Trans Union to retain California counsel.  Plaintiff believes that the settlement will be documented, and Trans Union dismissed, no later than 45 days from today.

1  DATED: March 25, 2022          PRACTUS, LLP
2
3
4                                 By:   /s/ Bernard J. Kornberg
                                        BERNARD J. KORNBERG
5
6                                 Attorneys for Anne Bingham
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 58 West Portal Ave PMB 782, San Francisco, CA 94127

On March 25, 2022, I served true copies of the following document(s):

**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC**

on the interested parties in this action as follows:

Andrew Lehmann – Managing Counsel for Trans Union, LLC
andrew.lehmann@transunion.com

**BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address Bernard.kornberg@practus.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 25, 2022, at San Francisco, California.

                                    /s/ Bernard J. Kornberg
                                    Bernard J. Kornberg