1  BERNARD J. KORNBERG (State Bar No. 252006)
   bernard.kornberg@practus.com
2  PRACTUS, LLP
   58 West Portal Ave PMB 782
3  San Francisco, CA 94127
   p: 341.234.6629
4
   Attorneys for Anne Bingham
5
                      UNITED STATES DISTRICT COURT
6
                     CENTRAL DISTRICT OF CALIFORNIA
7

8
   | ANNE BINGHAM, an individual, | Case No. 2:22-cv-01400-SK |
9  |                              |                            |
   |         Plaintiff,           | **NOTICE OF SETTLEMENT OF**|
10 |                              | **ENTIRE CASE**            |
   |   vs.                        |                            |
11 |                              |                            |
   | NEWREZ LLC dba SHELLPOINT    |                            |
12 | MORTGAGE SERVICING, *et al.* | The Honorable Steve Kim    |
   |                              |                            |
13 |        Defendants.           |                            |

       Please take notice that Anne Bingham ("Plaintiff") has entered into a written
   settlement with all defendants in this action.  Plaintiff believes that the settlement
   will be completed, and the case dismissed in its entirety, within 30 days of today.

---

NOTICE OF SETTLEMENT OF ENTIRE CASE

1 DATED: April 11, 2022          PRACTUS, LLP

                                  By:    /s/ Bernard J. Kornberg
                                         BERNARD J. KORNBERG

                                  Attorneys for Anne Bingham

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 58 West Portal Ave PMB 782, San Francisco, CA 94127

On April 11, 2022 I served true copies of the following document(s):

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 11, 2022, at San Francisco, California.

/s/ Bernard J. Kornberg
Bernard J. Kornberg